IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CATRINA WALLACE, MISTI ROBINSON,**                           **PLAINTIFFS**
Individually and as Mother and
Legal Guardian of D.G.,
H.H., and H.D., Minors

**v.**                          **CASE NO. 2:16-CV-00032 BSM**

**JEFFERY L. MIDDLETON and**
**COX LOGISTICS LLC**                                                    **DEFENDANTS**

## **ORDER**

Pursuant to the joint stipulation of dismissal [Doc. No. 141], this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The clerk is directed to terminate all pending motions.

IT IS SO ORDERED this 6th day of November 2017.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE